IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL ACTION** |
| | : | |
| v. | : | **NO. 16-370-3** |
| | : | |
| **MICHAEL PEREZ** | : | |

# ORDER

**AND NOW**, this 26th day of December 2023, upon reviewing the Petitioner's pro se Motion for reduction of sentence (ECF No. 201) under the Sentencing Commission's amended downward adjustment for "zero point" offenders at sentencing, the United States' Response (ECF No. 207), and for reasons in today's accompanying Memorandum, it is **ORDERED** the Petitioner's Motion (ECF No. 201) is **DENIED**.

_____
**KEARNEY, J.**